UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-22017-CV-WILLIAMS

ROBERT SAN MARTIN, *et al.*,

    Plaintiffs,

vs.

R&S CONCRETE SOUTH, INC., *et al.*,

    Defendants.
_____/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's report on the Parties' Joint Motion for Approval of the Parties' FLSA Settlement (DE 33) ("***Report***"). (DE 35.) Judge McAliley determined that, "the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over Plaintiffs' minimum wage and overtime FLSA claims, and the amount of attorneys' fees and costs Plaintiffs' counsel will receive for prosecuting these FLSA claims is reasonable." (*Id.* at 4.) Accordingly, Judge McAliley recommends that the Court grant the Joint Motion for Approval of the Parties' FLSA Settlement and dismiss the case with prejudice.[1] (*Id.*) The Parties filed a Joint Notice of No Objection to the Report. (DE 37.)

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 35) are **AFFIRMED AND ADOPTED**.

---

[1] The settlement agreement that the Parties are seeking approval of is as to Counts I, II, III, and IV (the FLSA wage and hour violation claims) only. (DE 33.) The Parties entered into a separate, confidential settlement agreement as to Counts V and VI (the retaliation claims), which does not require Court approval. (*See id.* at 4.) Nevertheless, the Parties stipulate to the dismissal of the action in its entirety, with prejudice. (*Id.*)

2. The Parties' Joint Motion for Approval of the Parties' FLSA Settlement (DE 33) is **GRANTED**.

3. The Parties' settlement agreement is **APPROVED**.

4. The Court will retain jurisdiction through March 16, 2023 to enforce the settlement agreement, if necessary.

5. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of January, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE